AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED USMS ORLANDO
2026 APR 30 PM4:36

MAY 12 2026 PM2:27
FILED - USDC - FLMD - TPA

United States of America
v.
REBECCA STEWART VAUGHN

*Defendant*

Case No. 8:26-cr-165-SDM-AEP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* REBECCA STEWART VAUGHN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, in violation of 18 U.S.C. § 1343
Theft of Government Property, in violation of 18 U.S.C. § 641

Date: April 29, 2026

[signature]
*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 29 Apr; 126, and the person was arrested on *(date)* 7 MAY 26
at *(city and state)* TAMPA, FL.

Date: 12 MAY 26

[signature] PER FBI
*Arresting officer's signature*

ORTIZ, FRANK A DUSM TAMPA, FL
*Printed name and title*