UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-165-SDM-AEP

REBECCA STEWART VAUGHN

## JOINT STATUS REPORT – JUNE 2026

The United States of America, having conferred with counsel for the defendant, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's Order of May 8, 2026, the United States herein states as follows:

**1. Brief summary of the case's status:**

The defendant is charged in a five-count indictment with wire fraud, in violation of 18 U.S.C. § 1343 (Counts One through Four), and theft of government property, in violation of 18 U.S.C. § 641 (Count Five). She made her initial appearance in this Court on May 7, 2026, entered a plea of not guilty, and was released on bond

This is the first status report in this case. Discovery was provided on May 16, 2026. The case is scheduled for the trial term beginning July 6, 2026. The defendant will be filing an unopposed motion for a two-cycle continuance to allow additional time to review discovery and consider disposition options in this case.

**2. Possibility of a Plea Agreement:**

At this time, it is unknown if this case will be resolved with a pretrial

agreement.

**3. <u>Number of Days Required for Trial:</u>**

Should this case proceed to trial, the United States would require four days for its case in chief.

3. **<u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>**

None.

4. **<u>Potential speedy trial problems:</u>**

None.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Matthew J. Del Mastro*
Matthew J. Del Mastro
Special Assistant United States Attorney
United States Attorney No. 203
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Matthew.Del.Mastro@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Ashley G. Allen, Esq.

*/s/ Matthew J. Del Mastro*

Matthew J. Del Mastro
Special Assistant United States Attorney
United States Attorney No. 203
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Matthew.Del.Mastro@usdoj.gov