**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No: 8:26-CR-165-SDM-AEP**

**REBECCA STEWART VAUGHN**
______________________________________/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTION DEADLINE**

**COMES NOW**, the Defendant, Rebecca Stewart Vaughn, by and through his undersigned counsel, Ashley Allen, and moves to continue the trial currently scheduled for the July Trial term to the September Trial Term and extend the pretrial motion deadline for an additional 30 days. As grounds for this motion, the following is offered:

1. On April 29, 2026, Ms. Vaughn was charged by Indictment with four counts of wire fraud and one count of theft of government property. All in violation of 18 U.S.C. § 1343 and 18 U.S.C. §§ 641 and 2. (Doc. 1)

2. On May 7, 2026, Ms. Vaughn made her initial appearance and was ordered released. (Docs. 7 and 9)

3. On May 8, 2026, an order was entered by this Honorable Court scheduling the above styled matter for the July Trial Term. (Doc. 10)

4. Undersigned counsel filed a Notice of Appearance on May 11, 2026.

(Doc. 13)

5. Undersigned counsel requires additional time to review the discovery, undergo any necessary investigation, complete plea negotiations, and conduct a plea hearing should the case be resolved short of trial. Despite the exercise of due diligence by counsel, more time is needed to adequately prepare the case for trial or resolve it by way of a plea. Thus, undersigned counsel is requesting the trial term be extended an additional 60 days to the September 2026 trial term.

6. Undersigned counsel has spoken with Assistant United States Attorney Matthew Del Mastro, who does not oppose this motion.

**MEMORANDUM OF LAW**

Local Rule 3.08 provides that a continuance may be allowed by order of the Court for good cause shown. Counsel has presented good cause for the granting of the requested continuance. Additionally, the failure to grant this continuance would deny defense counsel the reasonable time necessary for effective preparation, considering the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). Finally, 18 U.S.C. § 3161(h)(8) provides that any period of delay resulting from a continuance at the defendant's request shall be excluded from speedy trial calculations if the judge finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The ends of justice warrant a continuance in this case.

WHEREFORE, the Defendant, Rebecca Stewart Vaughn, respectfully request the Court continue the trial term from July 2026 to September 2026 and extend the deadline for pretrial motions by 30 days.

DATED this 11th day of June 2026.


CHARLES PRITCHARD, JR.
FEDERAL DEFENDER

***/s/ Ashley G. Allen***
Ashley G. Allen, Esq.
Florida Bar No. 125638
Assistant Federal Defender
Office of the Federal Defender
400 N. Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Email: ashley_allen@fd.org


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.


***/s/ Ashley G. Allen***
Ashley G. Allen, Esq.
Assistant Federal Defender