UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO: 8:26-cr-165-SDM-AEP

REBECCA STEWART VAUGHN
__________________________________/

**ORDER**

Rebecca Stewart Vaughn moves (Doc. 19) unopposed to continue the trial from the September 2026 trial calendar to the October 2026 trial calendar. Because defense counsel requires additional time to review discovery, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 19) is **GRANTED**, and the trial is continued to the October 2026 trial calendar. The time from today through November 1, 2026 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on August 7, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

.